**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

NIJAT SHIKHALIYEV                                CASE NO.  1:26-CV-00707 SEC P

VERSUS                                                    JUDGE JAMES D. CAIN, JR.

BRIAN ACUNA ET AL                             MAGISTRATE JUDGE PEREZ-MONTES

## ORDER

Before the court is a Motion for Temporary Restraining Order [doc. 2] filed by petitioner, requesting a stay of his imminent deportation. The motion was filed after 10 pm on Friday, March 6, 2026, without prior notice to the clerk's office as required under this district's instructions for after-hours emergency motions.[1]  *See*  https://www.lawd.uscourts.gov/after-hours-emergency-motions-ex-parte-temporary-restraining-orders. As a result, the case and motion were not assigned until Monday, March 9, 2026, while the undersigned was in a bench trial. Upon review and inquiry by this court, it appears that the petitioner has already been deported. Accordingly, the Motion for Temporary Restraining Order [doc. 2] is **DENIED AS MOOT** and the Petition for Writ of Habeas Corpus [doc. 1] is **REFERRED** to the magistrate judge for review on an expedited briefing schedule.

**THUS DONE AND SIGNED** in Chambers on the 11th day of March, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The petition, which challenges the petitioner's overstay in immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), was filed concurrently with the emergency motion.