**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| NIJAT SHIKHALIYEV | Case No.: 1:26-CV-00707 SEC P |
| Petitioner, | |
| v. | **JUDGE JAMES D. CAIN, JR.** |
| BRIAN ACUNA ET AL | **MAGISTRATE JUDGE** |
| Respondents. | **PEREZ-MONTES** |

**ORDER**

IT IS ORDERED THAT the petition for habeas corpus is hereby dismissed in the above described action.

THUS DONE AND SIGNED in Chambers this 16th day of March, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE